**FILED**
**01/22/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Deshalon France
    Petitioner

vs

Warden J. Wadas
    Repondent

Emergency 2241 Motion
1-18-24

2:24-cv-26-JPH-MG

    Your honor, I have been incarcerated since November 4, 2020. Congress passed the First Step Act (FSA) law December 21, 2018. Your honor my original projected release date is January 1, 2025. Due to Congress passing the (FSA) law it helps me reduce my sentence, as long as I am programming. I have earned 220 days, Federal Time Credit (FTC) towards my release date and counting, which should have changed my release date, which should have me at May 21, 2024. The First Step Act (FSA) also states any (FTC) greater than the 220 days shall go towards my residental reentry center/Home confinement. I have earned an additional 220 days towards my BRC/HC.

    Your honor, if the Warden J. Wadas would have applied my earned (FTC) I would have been released to a residental reentry center/ home confinement back in November of 2023. The Warden J. Wadas is denying me my federal time credit because he says that im not a low or a minimum recidivism risk level. No where in the (FSA) law does it say I have to be a minimum or low recidivism risk level to apply my (FTC) towards my release date. It states I can earn a additional 5 days for every month if I am a low or minimum recidivism risk level. Mr. J. Wadas is falsifying information pertaining to the first step act law.

Deshalon France 13446-509
1-18-24