UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DESHALON FRANCE,<br><br>    Petitioner,<br><br>  v.<br><br>J. WADAS,<br><br>    Respondent. | No. 2:24-cv-00026-JPH-MG |

**FINAL JUDGMENT**

  DeShalon France's petition for writ of habeas corpus is dismissed with prejudice.

Date: 5/7/2024

           *James Patrick Hanlon*
           James Patrick Hanlon
           United States District Judge
           Southern District of Indiana

Roger A.G. Sharpe, Clerk
BY: *Carina Weed*
Deputy Clerk, U.S. District Court

Distribution:

DESHALON FRANCE
23446-509
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808